# EXHIBIT 1



# United States of America
### United States Patent and Trademark Office

# SPOT IT

| | |
|---|---|
| **Reg. No. 3,847,543** | BLUE ORANGE SARL (FRANCE CORPORATION) |
| | 30 RUE DE FRESNAY |
| **Registered Sep. 14, 2010** | SAINT GABRIEL BRÉCY, FRANCE 14480 AND |
| **Int. Cl.: 28** | PLAY FACTORY (FRANCE CORPORATION) |
| | 75, RUE DE COMPANS |
| | PARIS, FRANCE 75019 |
| **TRADEMARK** | |
| **PRINCIPAL REGISTER** | FOR: BOARD GAMES; CARD GAMES; DICE GAMES; EDUCATIONAL CARD GAMES; PARLOR GAMES; PARTY GAMES; PLAYING CARDS AND CARD GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50). |

FIRST USE 2-5-2010; IN COMMERCE 2-5-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-929,407, FILED 2-5-2010.

ANDREA BUTLER, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,511,443**
**Registered Jul. 10, 2018**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Asmodee Group (FRANCE CORPORATION)
Quartier Villaroy
18 Rue Jacqueline Auriol
Guyancourt, FRANCE 78280

CLASS 28: Board games; card games; dice games; educational card games; parlor games; party games; playing cards and card games; none of the goods in connection with the classic children's book character, "SPOT" created by Eric Hill

FIRST USE 5-00-2010; IN COMMERCE 5-00-2010

The mark consists of the stylized words "SPOT IT!" with a shadow feature surrounding the text.

OWNER OF U.S. REG. NO. 3847543

SER. NO. 87-535,820, FILED 07-20-2017

Director of the United States
Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office



Reg. No. 5,651,873
Registered Jan. 15, 2019
Int. Cl.: 9, 16, 28, 41
Service Mark
Trademark
Principal Register

ASMODEE GROUP (FRANCE Société par actions simplifiée à associé unique)
18 Rue Jacqueline Auriol,
Quartier Villaroy F-78280 Guyancourt
FRANCE

CLASS 9: Computers; micro-computers; bar code readers for credit and similar cards for games, lotteries, games of chance, gambling games, betting or pools; interactive points for games, betting, lottery or pools, namely, video lottery terminals and electronic terminals for an electronic lottery system which generates lottery tickets; computer game software, namely, computer programs for recorded games, and portable game programs with liquid crystal displays; computer game software, namely, software for games, gambling games, lotteries, games of chance, betting or pools; video game cartridges; memory cards for video games; power adapters for hand-held games with liquid crystal displays; electronic and digital apparatus for games, gambling games, lotteries or games of chance, namely, video lottery ticket terminals; electronic publications, namely, magazines, newsletters, guides and manuals in the fields of games, toys and entertainment, and downloadable information, namely, downloadable audio files, audio material and video material featuring information in the fields of games, toys, and entertainment; electronic downloadable publications, namely, magazines, newsletters, guides and manuals in the field of games, toys, and entertainment provided by electronic mail



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

CLASS 16: Paper, cardboard, cardboard articles, namely, game boxes; bags, sachets and sheets for packaging made of paper; printed matter, namely, newsletters in the fields of games, toys, and entertainment; paper tickets, paper printed scratch cards, and paper printed receipts for gambling games, games of chance, and lotteries; journals, newspapers, and magazines in the fields of games, toys, and entertainment; non-magnetic subscription gift cards; bookbinding articles; photographs; printing blocks; stationery; adhesives, namely, glues for stationery; paint brushes; printed instructional or teaching material in the fields of games, toys, and entertainment; bags, sachets, and sheets for packaging made of plastic; printing type; school supplies, namely, pencil cases, stationery articles, slate pencils, slate boards for writing, writing slates, paper cutters, pencils, pens, pencil lead holders, rubber erasers, stationery pads, envelopes, files, agendas, exercise books, envelope folders, scrapbooks, books in the fields of children's education, children's stories, and games, illustrated books in the fields of children's education, children's stories, and games, almanacs, brochures in the field of games, notebooks, catalogs in the fields of games and toys, calendars, posters, maps, newspapers in the fields of children's education, children's stories, and games, journals, namely, periodicals in the fields of children's education, children's stories, and games, magazines in the fields of children's education, children's stories, and

games; sealing machines for offices; adhesive bands for stationery or household use; wrapping paper; signboards of paper or cardboard

CLASS 28: Games, namely, board games, party games, gaming machines for gambling, games of chance, namely, disposable ticket sets for playing games of chance, lotteries, gambling games, and pooling, action skill games, and knowledge games in the nature of trivia games played with cards and game components; puzzles; playing cards; electronic games other than those adapted for use only with television receivers and/or computers; controllers, namely, video game interactive hand held remote control for playing electronic games and joysticks for video game machines; balls and balloons; toys, namely, toy dolls, toy robots, and toy mobiles, toy figurines, teddy bears and other plush toys, and toy building blocks; game apparatus adapted for use with an external display screen or monitor

CLASS 41: Entertainment, namely, providing online non-downloadable computer games and non-downloadable audio and visual recordings of game tournaments; entertainment, namely, organizing competitions regarding education or entertainment and organizing games, and arranging and providing games and lotteries, and organizing lotteries, gambling games, games of chance, raffles, draws, betting and pools; game services provided online via a computer network; gambling services; entertainment in the nature of an amusement park; amusement park and theme park services; production of online information programs, radio and television programs and audiovisual and multimedia online programs; film production; dubbing services; sound effect services; impresario services, namely, organization of fashion shows; fashion show production; videotape editing; scriptwriting services; editing and publishing of written texts other than advertising texts, namely, illustrations, books, journals, newspapers, periodicals, magazines, publications of all types and in all forms other than for advertising purposes, including electronic and digital publications other than for advertising purposes, audio and/or video media, multimedia carriers, namely, interactive discs, audio-digital compact discs with read-only memory, multimedia programs, games and in particular television games, audiovisual games and games on CDs and audio-digital compact discs, and games on magnetic media; organizing exhibitions for cultural and educational purposes; photography and photographic reporting; production of music; teaching and training and educational services, namely, conducting classes and seminars in the field of games, toys, and entertainment

The color(s) light purple, dark purple, white, black, and gray is/are claimed as a feature of the mark.

The mark consists of a characterized light purple and dark purple hand outlined in black with black legs and a white and black moouth and a white, black and gray single eye with a gray silhouette shading.

PRIORITY DATE OF 07-13-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1362920 DATED 01-13-2017, EXPIRES 01-13-2027

SER. NO. 79-215,429, FILED 01-13-2017

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,658,407**
**Registered Jan. 22, 2019**
**Int. Cl.: 9, 16, 28, 41**
**Service Mark**
**Trademark**
**Principal Register**

ASMODEE GROUP  (FRANCE Société par action simplifiée à associé unique )
18 Rue Jacqueline Auriol,
Quartier Villaroy F-78280 Guyancourt
FRANCE

CLASS 9: Computers; micro-computers; bar code readers for credit and similar cards for games, lotteries, games of chance, gambling games, betting or pools; interactive points for games, betting, lottery or pools, namely, video lottery terminals and electronic terminals for an electronic lottery system which generates lottery tickets; computer game software, namely, computer programs for recorded games, and for portable game programs with liquid crystal displays; computer game software, namely, software for games, gambling games, lotteries, games of chance, betting or pools; video game cartridges; memory cards for video games; power adapters for hand-held games with liquid crystal displays; electronic and digital apparatus for games, gambling games, lotteries or games of chance, namely, video lottery ticket terminals; electronic downloadable publications, namely, magazines, newsletters, guides and manuals in the fields of games, toys and entertainment, and downloadable information, namely, downloadable audio files, audio material and video material featuring information in the fields of games, toys, and entertainment; electronic downloadable publications, namely, magazines, newsletters, guides and manuals in the field of games, toys, and entertainment provided by electronic mail

CLASS 16: Paper, cardboard, cardboard articles, namely, game boxes; bags, sachets and sheets for packaging made of paper; printed matter, namely, newsletters in the fields of games, toys, and entertainment; paper tickets, paper printed scratch cards, and paper printed receipts for gambling games, games of chance, and lotteries; journals, newspapers, and magazines in the fields of games, toys, and entertainment; non-magnetic subscription gift cards; bookbinding articles; photographs; printing blocks; stationery; adhesives, namely, glues for stationery; paint brushes; printed instructional or teaching material in the fields of games, toys, and entertainment; bags, sachets, and sheets for packaging made of plastic; printing type; school supplies, namely, pencil cases, stationery articles, slate pencils, slate boards for writing, writing slates, paper cutters, pencils, pens, pencil lead holders, rubber erasers, stationery pads, envelopes, files, agendas, exercise books, envelope folders, scrapbooks, books in the fields of children's education, children's stories, and games, illustrated books in the fields of children's education, children's stories, and games, almanacs, brochures in the field of games, notebooks, catalogs in the fields of games and toys, calendars, posters, maps, newspapers in the fields of children's education, children's stories, and games, journals, namely, periodicals in the fields of children's education, children's stories, and games, and magazines in the fields of children's education, children's stories, and games; sealing machines for offices; adhesive bands for stationery or household use; wrapping paper; signboards of paper or cardboard

CLASS 28: Games, namely, board games, party games, gaming machines for gambling, games of chance, namely, disposable ticket sets for playing games of chance, lotteries, gambling games, and pooling, action skill games, and knowledge games in the nature of trivia



*Andrei Iancu*
Director of the United States
Patent and Trademark Office

games played with cards and game components; puzzles; playing cards; electronic games other than those adapted for use only with television receivers and/or computers; controllers, namely, video game interactive hand held remote control for playing electronic games and joysticks for video game machines; balls and balloons; toys, namely, toy dolls, toy robots, and toy mobiles, toy figurines, teddy bears and other plush toys, and toy building blocks; game apparatus adapted for use with an external display screen or monitor

CLASS 41: Entertainment, namely, providing online non-downloadable computer games and non-downloadable audio and visual recordings of game tournaments; entertainment, namely, organizing competitions regarding education or entertainment and organizing games, and arranging and providing games and lotteries, and organizing lotteries, gambling games, games of chance, raffles, draws, betting and pools; game services provided online via a computer network; gambling services; entertainment in the nature of an amusement park; amusement park and theme park services; production of online information programs, radio and television programs and audiovisual and multimedia online programs; film production; dubbing services; sound effect services; impresario services, namely, organization of fashion shows; fashion show production; videotape editing; scriptwriting services; editing and publishing of written texts other than advertising texts, namely, illustrations, books, journals, newspapers, periodicals, magazines, publications of all types and in all forms other than for advertising purposes, including electronic and digital publications other than for advertising purposes, audio and/or video media, multimedia carriers, namely, interactive discs, audio-digital compact discs with read-only memory, multimedia programs, games and in particular television games, audiovisual games and games on CDs and audio-digital compact discs, and games on magnetic media; organizing exhibitions for cultural and educational purposes; photography and photographic reporting; production of music; teaching and training and educational services, namely, conducting classes, seminars in the field of games, toys, and entertainment

The mark consists of the stylized wording "DOBBLE".

PRIORITY DATE OF 07-13-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1361109 DATED 01-13-2017, EXPIRES 01-13-2027

SER. NO. 79-214,634, FILED 01-13-2017

# United States of America

## United States Patent and Trademark Office



Reg. No. 5,802,853

Registered Jul. 16, 2019

Int. Cl.: 9, 16, 41

Service Mark

Trademark

Principal Register



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

ASMODEE GROUP (FRANCE Société par actions simplifiée à associé unique)
18 Rue Jacqueline Auriol
Quartier Villaroy
F-78280 Guyancourt, FRANCE

CLASS 9: Computers; micro-computers; bar code readers for credit and similar cards for games, lotteries, games of chance, gambling games, betting or pools; interactive points for games, betting, lottery or pools, namely, video lottery terminals and electronic terminals for an electronic lottery system which generates lottery tickets; computer game software, namely, computer programs for recorded games, and for portable game programs with liquid crystal displays; computer game software, namely, software for games, gambling games, lotteries, games of chance, betting or pools; video game cartridges; memory cards for video games; power adapters for hand-held games with liquid crystal displays; electronic and digital apparatus for games, gambling games, lotteries or games of chance, namely, video lottery ticket terminals; electronic downloadable publications, namely, magazines, newsletters, guides and manuals in the fields of games, toys and entertainment, and downloadable information, namely, downloadable audio files, audio material and video material featuring information in the fields of games, toys, and entertainment; electronic downloadable publications, namely, magazines, newsletters, guides and manuals in the field of games, toys, and entertainment provided by electronic mail

CLASS 16: Paper, cardboard, cardboard articles, namely, game boxes; bags, sachets and sheets for packaging made of paper; printed matter, namely, newsletters in the fields of games, toys, and entertainment; paper tickets, paper printed scratch cards, and paper printed receipts for gambling games, games of chance, and lotteries; journals, newspapers, and magazines in the fields of games, toys, and entertainment; non-magnetic subscription gift cards; bookbinding articles; photographs; printing blocks; stationery; adhesives, namely, glues for stationery; paint brushes; printed instructional or teaching material in the fields of games, toys, and entertainment; bags, sachets, and sheets for packaging made of plastic; printing type; school supplies, namely, pencil cases, stationery articles, slate pencils, slate boards for writing, writing slates, paper cutters, pencils, pens, pencil lead holders, rubber erasers, stationery pads, envelopes, files, agendas, exercise books, envelope folders, scrapbooks, books in the fields of children's education, children's stories, and games, illustrated books in the fields of children's education, children's stories, and games, almanacs, brochures in the field of games, notebooks, catalogs in the fields of games and toys, calendars, posters, maps, newspapers in the fields of children's education, children's stories, and games, journals, namely, periodicals in the fields of children's education, children's stories, and games, and magazines in the fields of children's education, children's stories, and games; sealing machines for offices; adhesive bands for stationery or household use; wrapping paper; signboards of paper or cardboard

CLASS 41: Entertainment, namely, providing online non-downloadable computer games and non-downloadable audio and visual recordings of game tournaments; entertainment, namely, organizing competitions regarding education or entertainment and organizing games, and

arranging and providing games and lotteries, and organizing lotteries, gambling games, games of chance, raffles, draws, betting and pools; game services provided online via a computer network; gambling services; entertainment in the nature of an amusement park; amusement park and theme park services; production of online information programs, radio and television programs and audiovisual and multimedia online programs; film production; dubbing services; sound effect services; impresario services, namely, organization of fashion shows; fashion show production; videotape editing; scriptwriting services; editing and publishing of written texts other than advertising texts, namely, illustrations, books, journals, newspapers, periodicals, magazines, publications of all types and in all forms other than for advertising purposes, including electronic and digital publications other than for advertising purposes, audio and/or video media, multimedia carriers, namely, interactive discs, audio-digital compact discs with read-only memory, multimedia programs, games and in particular television games, audiovisual games and games on CDs and audio-digital compact discs, and games on magnetic media; organizing exhibitions for cultural and educational purposes; photography and photographic reporting; production of music; teaching and training and educational services, namely, conducting classes and seminars in the field of games, toys, and entertainment

The mark consists of the wording "SPOT IT" followed by an exclamation mark, all in stylized, three dimensional shadow letters.

PRIORITY DATE OF 06-30-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1390325 DATED 11-08-2017, EXPIRES 11-08-2027

SER. NO. 79-227,375, FILED 11-08-2017